Neil Horton (argued), of Johnston, Klein, Horton & Solomon, Oakland, Cal., for appellant.

James Bruen, Asst. U. S. Atty. (argued), James L. Browning, U. S. Atty., F. Steele Langford, Chief, Crim. Div., San Francisco, Cal., for appellee.

Before DUNIWAY and ELY, Circuit Judges, and McNICHOLS, District Judge.*

PER CURIAM:

The record shows that when the local board classified appellant 1–A, the decision was made by less than a quorum of the Board. The classification was therefore invalid and cannot support the order of induction. When the mandate goes down, the indictment will be dismissed.

Reversed.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**James Douglas RAWLS, Jr., Defendant-Appellant.**

**No. 71–1783**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 18, 1971.

Floyd M. Buford, Macon, Ga., for defendant-appellant.

William J. Schloth, U. S. Atty., D. L. Rampey, Jr., Asst. U. S. Atty., Macon, Ga., for plaintiff-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**John Henry WADE, Defendant-Appellant.**

**No. 30874**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

July 23, 1971.

Rehearing and Rehearing En Banc Denied Sept. 27, 1971.

Certiorari Denied Jan. 24, 1972. See 92 S.Ct. 735.

John A. Lockett, Jr., Selma, Ala. (Court-appointed), Michael J. Romeo,

---

\* Honorable Ray McNichols, United States District Judge, District of Idaho, sitting by designation.

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

\* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 431 F.2d 409, Part I (5th Cir. 1970).